LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 105 RETIREES' SUPPLEMENTAL HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION 105 DUES CHECK OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN CALIFORNIA; LOCAL 105 HEALTH REIMBURSEMENT PLAN; BOARD OF DIRECTORS OF THE SHEET METAL AND AIR CONDITIONING APPRENTICESHIP AND JOURNEYMAN TRAINING FUND OF SAN DIEGO; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 206 SECTION 401(A) PLAN; SHEET METAL WORKERS LOCAL 206 WORKING DUES; AND BOARD OF DIRECTORS OF THE SHEET METAL AND AIR CONDITIONING CONTRACTORS OF SAN DIEGO INDUSTRY FUND, INC., | Case No. 8:18-cv-00342 JVS (FFMx)<br><br>Hon. James V. Selna<br><br>ORDER ON STIPULATION FOR JUDGMENT |

| | |
|---|---|
| Plaintiffs, | |
| v. | |
| STANTON UTILITIES, INC.; EDWARD PATRICK JOS LEONARD; REZA MOTADEL, AND POYA PAUL GHARDASH; individuals, | |
| Defendants. | |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers Local 105 Retirees' Supplemental Health Care Trust Fund ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal

ORDER ON STIPULATION FOR JUDGMENT

Workers' International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); Board of Trustees of the Sheet Metal and Air Conditioning Contractors National Association of Southern California ("Industry Fund"); Local 105 Health Reimbursement Plan ("HRA"); Board of Directors of the Sheet Metal and Air Conditioning Contractors of San Diego Industry Fund, Inc. ("Industry Fund San Diego"); Board of Trustees of the Sheet Metal and Air Conditioning Apprenticeship and Journeymen Training Fund of San Diego ("JATC San Diego") ; Board of Trustees of the Sheet Metal Workers' Local 206 Section 401(a) Plan ("Local 206 401(a) Plan"); and Sheet Metal Workers Working Dues Plan ("Dues") (collectively the "Plans" or "Trust Funds"), and Defendants, EDWARD PATRICK JOS LEONARD; REZA MOTADEL, (collectively "Individual Defendants") and POYA PAUL GHARDASH ("Paul") who will be dismissed without prejudice from this action; and STANTON UTILITIES, INC. ("Company") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Paul is dismissed without prejudice from this action.

2. The Company and Individual Defendants is indebted to the Plans in the total amount of $232,486.48 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $169,220.37 for the delinquent work months of November 2017, December 2017, and January 2018; $33,844.07 in liquidated damages for late payment or nonpayment of contributions for the work months of November 2017, December 2017, and January 2018; $16,922.04 in interest for late payment or nonpayment of contributions for the work month of November 2017, December 2017, and January 2018; and attorney's fees and costs in the amount of $12,500.00.

2
ORDER ON STIPULATION FOR JUDGMENT

3. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $232,486.48 in delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

4. This Court retains jurisdiction over this matter through May 1, 2019 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED.**

Dated: March 14, 2018

_____
HON. JAMES V. SELNA
U.S. DISTRICT COURT JUDGE